## PEOPLE v. MURRAY.

### No. 10,967; August 12, 1884.

4 Pac. 504.

**Prostitution.—Judgment Held not Sustained by the evidence.**

APPEAL from the Superior Court of Tehama County.

A. W. Gale and C. W. Ashurst for appellant; Attorney General for respondent.

By the COURT.—The defendant was accused, by information, of taking from her mother a female under the age of eighteen years, for the purpose of prostitution, under section 267, Penal Code. There was no evidence that the infant was taken from the charge or custody of her mother.

Judgment and order reversed and cause remanded for a new trial.